NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAPTAIN ROSS E. JOSLYN,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5080

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-925, Chief Judge Emily C. Hewitt.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Captain Ross E. Joslyn's unopposed motion for an extension of time until July 6, 2010, to file his opening brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

**JUN 2 8 2010**
_____

Date

/s/ Jan Horbaly
_____

Jan Horbaly

Clerk

cc:  Michael D.J. Eisenberg, Esq.
     James P. Connor, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 8 2010

JAN HORBALY
CLERK